UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS KENNETH TRAMMELL,<br>Plaintiff,<br>v.<br>CITY OF SAN FRANCISCO,<br>Defendant. | Case No. 20-cv-00474-YGR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On January 22, 2020, this action was opened when Plaintiff, who is currently incarcerated at North Kern State Prison, filed a handwritten letter addressed to "All Clerks of Court, and to All Judges, and to All Judges['] Chambers," and while it is difficult to decipher he seems to request a "court date" or a "hearing" in order to "resolve all [his] cases due to[] delay in bringing before [a] magistrate . . . ." Dkt. 1. The Clerk of the Court opened this action as a petition for a writ of mandamus and classified it as a prisoner case involving a "Mandamus & Other" (nature of suit 540). On that same date, the Clerk sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk sent Plaintiff a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed, and Plaintiff has neither paid the filing fee nor returned the *in forma pauperis* application. Instead, he has filed three other documents, which are difficult to decipher, but they seem to include requests for appointment of counsel and other premature requests such as those for deposition and preparation of transcripts. *See* Dkts. 4-6.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions as moot and close the file.

This Order terminates Docket Nos. 4, 5, and 6.

IT IS SO ORDERED.

Dated: April 1, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge